**IN THE UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF GEORGIA  
STATESBORO DIVISION**

QUONTERIOUS TOLES,

    Plaintiff,

v.

RONNIE SHUEMAKE; FREDDY DAVIS; and SERGEANT MENDEZ,

    Defendants.

CIVIL ACTION NO.: 6:18-cv-96

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 13). Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's retaliation claim against Defendant Mendez and Plaintiff's claims for monetary damages against Defendants in their official capacities and **DENIES** Plaintiff leave to appeal *in forma pauperis* as to these claims. Plaintiff's excessive force claims against Defendants Shuemake and Mendez; failure to intervene claim against Defendant Davis; and deliberate indifference claims against Defendants Shuemake and Davis in their individual capacities remain pending, as does Plaintiff's request for release from administrative confinement against all Defendants in their official capacities.

**SO ORDERED**, this 28th day of October, 2019.

_____  
R. STAN BAKER  
UNITED STATES DISTRICT JUDGE  
SOUTHERN DISTRICT OF GEORGIA