**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | |
|---|---|
| QUONTERIOUS TOLES,<br><br>     Plaintiff,<br><br>     v.<br><br>LT. RONNIE SHUEMAKE; and SGT. FREDDY DAVIS,<br><br>     Defendants. | CIVIL ACTION NO.: 6:18-cv-96 |

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 44).  No party to this action filed Objections to the Report and Recommendation.  Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DENIES as moot** Defendants' Motion to Dismiss.  (Doc. 35.)

**SO ORDERED**, this 24th day of April, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA