**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

QUONTERIOUS TOLES,

              Plaintiff,

     v.

RONNIE SHUEMAKE; SGT. FREDDY
DAVIS; and SERGEANT MICHAEL
MENDEZ,

              Defendants.

CIVIL ACTION NO.: 6:18-cv-96

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 70).  No party to this action filed Objections to the Report and Recommendation.  Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES** Plaintiff's Motion for Summary Judgment.  (Doc. 39.)

     **SO ORDERED**, this 15th day of March, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA