IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| QUONTERIOUS TOLES,<br><br>       Plaintiff,<br><br>   v.<br><br>LT. RONNIE SHUEMAKE; SGT. FREDDY DAVIS; and SERGEANT MICHAEL MENDEZ,<br><br>       Defendants. | CIVIL ACTION NO.: 6:18-cv-96 |

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. (Doc. 72.) Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendants' Motion for Summary Judgment, (doc. 64), and **DIRECTS** the Clerk of Court to enter the appropriate judgment in favor of all Defendants on Plaintiff's injunctive relief claim, Defendant Davis on all claims, and Defendant Shuemake on Plaintiff's deliberate indifference claim. Plaintiff's excessive force claims against Defendants Shuemake and Mendez remain pending.

**SO ORDERED**, this 20th day of August, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA